UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JESSICA ABBATE, ET AL     CIVIL ACTION

VERSUS

DAVID CANTRELL, ET AL     NO. 19-437-BAJ-RLB

### FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

The First Supplemental and Amending Petition for Damages of JESSICA ABBATE, ET AL, respectfully represents that:

1.

JESSICA ABBATE, ET AL, hereby supplement their original Petition, to add paragraphs 7.A. and 7.B. to read as follows:

*"7.A.*

*At the time, JESSICA ABBATE's minor children, Aven Abbate and Addison Abbate were riding as passengers in her vehicle.*

*7.B.*

*JESSICA ABBATE and PETE ABBATE, JR. are the biological parents of Aven Abbate and Addison Abbate, and were married at the time of their birth. Accordingly they are the proper parties to bring suit on their behalf."*

2.

Petitioners renew and reiterate all of the allegations and prayers or their original Petition, as amended above.

3.

The filing of this First Supplemental and Amending Petition for Damages will not delay these proceedings.

WHEREFORE, petitioners, JESSICA ABBATE, ET AL pray that:

1. After all legal delays and due proceedings are had, there be judgment rendered herein, in their favor ordering the defendants, DAVID CANTRELL, ELEPHANT INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, jointly, severally, and in solido, to pay unto the petitioners, reasonable damages together with all costs and disbursements in this action, and with interest thereon from the date of judicial until paid.

2. All orders and decrees necessary and appropriate in the premises and for all general and equitable relief.

Respectfully submitted,

BELLEFONTAINE LAW FIRM, L.L.C.

By: _____
JOHN F. BELLEFONTAINE
Attorney for Plaintiffs
Bar Roll 22255
P O Box 10025
New Iberia, LA 70562-0025
(337) 359-4650 - Telephone
(337) 359-4653 - Facsimile
john@bellefontainelaw.com
angel@bellefontainelaw.com

**PLEASE SERVE:**
**DAVID CANTRELL**
**Through its agent:**
**Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, Louisiana**