UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JESSICA ABBATE, ET AL                              CIVIL ACTION

VERSUS

DAVID CANTRELL, ET AL                              NO. 19-437- BAJ-RLB

## **MOTION FOR ENTRY OF PRELIMINARY DEFAULT**

On Motion of Jessica Abbate, et al and through undersigned counsel, and on suggesting to the Court that:

1.

Suit was filed in this mater on May 14, 2019 in the 23rd Judicial District Court in and for Ascension Parish, Louisiana.

2.

Therein Service of Process on defendants, David Cantrell and Elephant Insurance Company, was requested through the Louisiana Long Arm Statute.

3.

Service of Process on David Cantrell through the Louisiana Long Arm Statute were unsuccessful. David Cantrell was not a resident at the address stated on his driver's license.

4.

Subsequently and before other attempts were made for service of process, David Cantrell and Elephant Insurance Company, through their attorney, removed this matter to this Honorable Court.

5.

Elephant Insurance Company received service via certified mail pursuant to the Long Arm Statute on May 31, 2019. The Supplemental and Amending Petition for Damages was served upon

its counsel of record on September 9, 2019.

6.

Subsequent to removal, David Cantrell was served with the original Petition for Damages and the Supplemental and Amending Petition for Damages through the Louisiana Secretary of State on October 29, 2019 pursuant to Federal Rules of Civil Procedure, Rule 4(e)(1) and Louisiana Revised Statute 13:3474.

7.

David Cantrell's counsel of record was served with the Supplemental and Amending Petition via electronic mail on September 4, 2019.

8.

David Cantrell nor Elephant Insurance Company have filed responsive pleadings to the Petition for Damages or the Supplemental and Amending Petition for Damages, and the delays for filing responsive pleadings have passed.

9.

Accordingly, plaintiffs pray for and are entitled to the entry of a Preliminary Default herein.

Respectfully submitted,

BELLEFONTAINE LAW FIRM, L.L.C.

By: _____
JOHN F. BELLEFONTAINE
Attorney for Plaintiffs
Bar Roll 22255
P O Box 10025
New Iberia, LA 70562-0025
(337) 359-4650 - Telephone
(337) 359-4653 - Facsimile
john@bellefontainelaw.com
angel@bellefontainelaw.com