UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JESSICA ABBATE, ET AL            CIVIL ACTION

VERSUS            3:19-cv-00437-BAJ-RLB

ELEPHANT INSURANCE COMPANY, ET AL

ORDER

Responsive pleadings by Defendants David Cantrell and Elephant Insurance Company were filed on February 27, 2020;

IT IS ORDERED that the Motion for Entry of Default filed by JESSICA ABBATE and PETE ABBATE, JR. is DENIED.

Baton Rouge, Louisiana, this 2nd day of March 2020.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: *Elisa Clement*
Deputy Clerk