UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSICA ABBATE, ET AL.                                                  CIVIL ACTION

VERSUS

ELEPHANT INSURANCE                                            NO.: 19-000437-BAJ-RLB
COMPANY, ET AL.

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 24)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses Plaintiffs' Motion for Remand (Doc. 17). The Magistrate Judge recommended that the Court grant the motion and remand the matter to the Twenty-Third Judicial District Court for the Parish of Ascension because the removing Defendants failed to meet their burden of establishing complete diversity. Doc. 24 at p. 7.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and

23rd JDC - Certified

Jury

1

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 24)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Plaintiffs' **Motion to Remand (Doc. 17)** is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is remanded to the Twenty-Third Judicial District Court for the Parish of Ascension.

Baton Rouge, Louisiana, this 29th day of April, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**